NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADRIANA PARRA,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2016-1797

---

Petition for review of an arbitrator's decision in case no. FMCS 15-52044-3 by Don E. Williams.

---

## JUDGMENT

---

RAYMOND D. MARTINEZ, Martinez & Martinez Law Firm, PLLC, El Paso, TX, argued for petitioner.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, LINN, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 9, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |